UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:07-cr-54-FtM-34SPC

MINERVA GALVAN

_____

### ORDER

This matter comes before the Court on the Motion for the Appointment of Counsel (Doc. #50) filed on April 13, 2011. The Motion was referred from the District Court on April 15, 2011.

As a matter of background, the Defendant was originally charged with distribution of cocaine. Defendant entered a plea to the charge and was sentenced on November 28, 2007, *inter-alia*, to 3 years of Supervised Release. Defendant seeks early termination of supervision and moves the Court to appoint the Office of the Federal Public Defender to file the Motion for Early Termination. A financial affidavit was submitted in support of the Motion. Upon consideration of the motion and financial affidavit, the Court finds the Defendant qualifies for the services of the Public Defender and will appoint their office to represent the Defendant. Accordingly, it is now

**ORDERED:**

The Motion for the Appointment of Counsel (Doc. #50) is **GRANTED**. The Office of the Public Defender is hereby appointed to represent the Defendant seeking early termination of supervision.

**DONE AND ORDERED** at Fort Myers, Florida, this  5th  day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record